SCANNED at Osborn
and Emailed
7/6/26 by SH . 6 pages
date    initials    No.

U.S DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY RANDOLPH          CASE NO: 3:24-CV-01899

V                                            OAW

MICHEAL PEARSON          JULY 1ST, 2026

REPLY TO MOTION TO DISMISS

DISMISSAL OF A COMPLAINT PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED IS NOT WARRANTED "UNLESS IT APPEARS BEYOND REASONABLE DOUBT THAT THE PLAINTIFF CAN PROVE NO SET OF FACTS IN SUPPORT OF HIS CLAIM WHICH ENTITLE HIM TO RELIEF"

CONLEY V. GIBSON

355 U.S 41, 45-46, 78 S. CT 99, 2 L. ED 2D 80 (1957)

THE PLAINTIFF RESPECTFULLY ASK THE HONORABLE JUSTICE OF COURT TO TAKE NO POSITION WITH THE FRIVOLOUS MOTION FILED BY THE DEFENDANT

THE DEFENDANT'S ACTIONS WERE UNAUTHORIZED AND AGAINST PRISON POLICY, AND VIOLATES THE PLAINTIFF'S EIGTH AMENDMENT CONSTITUTIONAL RIGHT(S) WHICH HONORABLE JUDGE WILLIAMS ALLOWED TO PROCEED ON PLAINTIFF'S INTIAL REVIEW ORDER.

WILSON V SEITER, 501 U.S 294, 298, 111 S. CT 2321, 2324, 115 L.ED 2D.271

ALTHOUGH QUALIFIED IMMUNITY IS STILL AN AVAILABLE DEFENSE FOR (POLICE, TEACHERS, AND SOCIAL WORKERS) FROM CIVIL LIABILITY UNLESS THEY VIOLATE A "CLEARLY ESTABLISHED" CONSTITUTIONAL RIGHT.

QUALIFIED IMMUNITY DOES NOT PROTECT GOVERNMENT OFFICIALS IF THEIR CONDUCT VIOLATES A CONSTITUTIONAL OR STATUTORY RIGHT THAT WAS "CLEARLY ESTABLISHED" AT THE TIME OF THE INCIDENT.

3.

DEFENDANT'S INTENTIONS WERE TO CAUSE PAIN AND HUMILIATION. MEDICAL RECORDS WERE SENT TO THE DISTRICT COURT FOR DISCOVERY, DEFENDANT IS APART OF INTELLIGENCE UNIT WHO DOES THE E-FILES AT THIS PRISON.

GREVANCES HAS BEEN SENT IN A TIMELY MANNER. THIS MOTION TO DISMISS SHOULD BE NOMINATED FOR EXCLUSION FROM THE FEDERAL COURT HOUSE.

QUALIFIED IMMUNITY DOESN'T PROTECT OFFICERS WHO VIOLATE FEDERAL LAWS THAT ARE PROTECTED BY THE GOVERNMENT OF UNITED STATES OF AMERICA.

(1) MMUNITY IS JUSTIFIED AND DEFINED BY THE FUNCTIONS IT PROTECTS AND SERVES.

NOT BY THE PERSON TO WHOM IT ATTATCHES. FORRESTER V. WHITE 484 U.S 219. 227 (1988)

4.

EXCESSIVE USE OF FORCE IS PHYSICAL PAIN THAT IS CAUSED BY OFFICERS. THE DEFENDANT ESTABLISHED A STATE OF WRONG DOING UNDER THE CONSTITUTIONAL RIGHTS. THEY WERE DIABOLIC, INHUMANE, HARMFUL AND DELIBERATE.

DEFENDANT PROSCRIBED TORTURE AND BARBAROUS PUNISHMENT. WHEN INSISTING A FEMALE HOLDS THE CAMERA AS A PRISONER IS MACED UP AND CONTROLLED STRIP SEARCHED BY MULTIPLE OFFICERS IS A VIOLATION.

WHEREFORE,

FOR THE REASONS THE HONORABLE JUDGE ALLOWED THE CLAIMS TO PROCEED IN THE DEFENDANT'S INDIVIDUAL COMPASITY, THE PLAINTIFF RESPECTFULLY REQUESTS THIS COURT REFUSES TO GRANT THIS INVALID MOTION TO DISMISS FILED BY THE DEFENDANT.          RESPECTFULLY
SUBMITTED,

ANTHONY RANDOLPH *
#304309

Randolph, Anthony (MRN T01013681) Encounter Date: 07/18/2025

**Patient**: Anthony Randolph
**MRN**: T01013681
**Sex**: male
**Age**: 38 y.o.
**DOB**: 8/25/1986

---

### Reason for Visit

**CC**: No chief complaint on file.

**HPI**: Patient is a 38 y.o. male with PMH of type 2 diabetes mellitus, with a recent A1c of 6.7 (11/15/2024), hypertension, and hyper lipidemia who presents to DOC clinic today for ongoing right knee pain.

Patient states that he has progressive right knee pain that has been worsening over the past few months. He notes that he has had approximately 3 injuries previously to his right knee. The injuries occurred in the years of 2010, 2023, and 2024. These were all assaults, per the patient, which involved his right knee. He does not remember the specific mechanisms, however he thinks it was kicked at one point. Today he notes that he is having 8/10 out of 10 pain that waxes and wanes. Its worsened with squatting and activity, at times waking him up at night. He notes the pain on the lateral joint line and at times posterior to the kneecap. He describes the pain as sharp and has previously tried naproxen and acetaminophen, both of which have not provided any relief. He has not tried physical therapy nor corticosteroid injections. He is interested in pursuing any intervention today that can help him relieve the pain in his knee.

Patient denies any other musculoskeletal pain, numbness/tingling, or weakness. Patient denies fevers, chills, chest pain, or shortness of breath.

---

### Patient History

**PMH**:
**Past Medical History:**
| Diagnosis | Date |
|---|---|
| • Diabetes mellitus (HCC) | |
| • Hypertension | |
| • PTSD (post-traumatic stress disorder) | |

Randolph, Anthony (MRN T01013681) Encounter Date: 07/18/2025

had injury to his right knee. There is no acute injury, with him presenting today. The pain is located over the lateral aspect of his right knee, specifically over the joint line. However he does describe diffuse tenderness to palpation. He notes that the pain continues to wake him up at night and has found no relief with Tylenol/ibuprofen/naproxen. The findings of osteoarthritis were described to him, specifically the joint space narrowing on the lateral aspect of his knee, resulting in the varus alignment. He previously noted that his diuretic medication helped him with his swelling in his legs, which he believes helped with his pain. It was discussed that his normal provider may help with his medication regarding his hypertension. Patient is interested in pursuing any intervention that can help him with his knee. Both operative and nonoperative interventions were discussed with him today mainly nonoperative management. This includes, physical therapy, NSAIDs, Tylenol, and corticosteroid injections. Patient can undergo physical therapy, or he can perform at home exercises that can be assigned by his normal primary care provider. He states that the NSAIDs have not provided him any relief in the past, and he is interested in pursuing injection therapy today. The pros and cons were discussed with him today. Benefits include improved pain, reduced swelling, improved function secondary to limitation by pain. It was explicitly explained to him that pain relief can last up to 3 months, maybe more. However it was also mentioned that there may be minimal pain relief, depending on the amount of inflammation present and how his body responds to the injection. He was also explicitly noted that he can have post injection pain and tenderness for up to a week following his injection. It was noted that he can use NSAIDs, Tylenol, ice to help manage this pain. After discussing the pros and cons with corticosteroid injection, the patient elects to receive a corticosteroid injection today.

All reasonable risks and benefits of steroid injection into the right knee were explained to the patient and they elected to proceed: Risks discussed included bleeding, infection, non-relief of symptoms, recurrence of symptoms, allergic reaction, scarring, fat atrophy, and hyperglycemia. Subsequently, the affected joint was identified and marked. A timeout was performed indicating the correct patient, side, and site. The skin was sterilely prepped with betadine and alcohol. Then, 2 ml of 1% lidocaine and 40 mg of depo-medrol were injected into the right knee, via a superolateral approach. A sterile adhesive bandage was applied. The patient remained neurovascularly intact distally to the extremity and tolerated the procedure well.

## Large Joint Injection: R knee

Date/Time: **7/18/2025 1:00 PM**